# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| BAILEY VORACHEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. |
| ) | |
| EDWARDSVILLE COMMUNITY UNIT SCHOOL ) | |
| DISTRICT 7, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The Plaintiff, **Bailey Vorachek**, by and through their attorneys, of Chatham & Baricevic, on information and belief and for their Complaint against the Defendant states as follows:

1. Defendant's employees or agents administered a TENS Unit on Plaintiff Bailey Vorachek's back and left her unmonitored and unobserved for an extended period of time resulting in severe burns and scarring on her body, all occurring at its Edwardsville High School location.

## PARTIES, JURISDICTION, AND VENUE

2. Plaintiff Bailey Vorachek is a natural person and was a citizen and resident of the State of Texas as the filing of this Complaint.

3. Defendant is located in Edwardsville, Illinois and operated among others, Edwardsville High School, and is located in the Southern District of Illinois.

4. The amount in controversy in this action as defined by 28 U.S.C.§1332 (d)(6), exceeds $75,000.00 exclusive of costs and interest and complete diversity exists, conferring jurisdiction upon this court.

1

5. When referenced in this complaint is made to any act or omission of Defendant it should be deemed to mean that the employees, agents, athletic trainers or staff committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while administering TENS Unit, and did so while acting within the scope of their employment or agency.

## STATEMENT OF FACTS

6. At all times relevant, Plaintiff Bailey Vorachek (DOB: 4/13/2004), participated in the varsity golf program at Edwardsville High School, which is a school operated and under the jurisdiction and control of defendant.

7. That while participating in the varsity golf program, Plaintiff Bailey Vorachek developed a sports injury that manifested itself in her back.

8. That at all times relevant, Plaintiff Bailey Vorachek sought and received treatment from Edwardsville High School's athletic trainers and nursing staff for her sports related injuries.

9. In an attempt to treat Plaintiff Bailey Vorachek's athletic injury, Defendant's athletic training staff members and nursing staff utilized a TENS Unit for pain control.

10. That on or about November 19, 2019, Plaintiff, Bailey Vorachek was prescribed and administered a TENS Unit for pain control by Defendant Edwardsville High School's athletic training staff.

11. That Plaintiff Bailey Vorachek was left unmonitored or unattended without any timing device for a prolonged period of time while the TENS Unit was active and in contact with her bare skin.

12. That when Edwardsville High School's nursing staff removed the TENS Unit, bandaging was immediately applied.

13. When Plaintiff, Bailey Vorachek returned home later that evening, she observed severe burns on her back and sought medical treatment.

## COUNT I
## BATTERY

14. Plaintiff incorporates the allegations contained in paragraphs 1 through 13 as if fully set out herein.

15. That at all times relevant hereto, Plaintiff was a student at Edwardsville High School and an athlete for the Edwardsville High School Varsity Golf program.

16. That at all times relevant, Plaintiff was in the care of the Edwardsville High School athletic training department and nursing staff with regards to sports injuries that she obtained while playing varsity golf for the Edwardsville Golf Program.

17. That Edwardsville High School's athletic training staff directed Edwardsville High School's nursing staff to apply a TENS Unit to Bailey Vorachek's back.

18. That Edwardsville High School's nursing staff did apply a TENS Unit to Bailey Vorachek's back.

19. That Edwardsville High School's nursing staff failed to observe or monitor the application of the TENS UNIT to Bailey Vorachek's back.

20. That Edwardsville High School's nursing staff failed to set a timing device for the application of the TENS UNIT, resulting in a prolonged exposure to the machine.

21. That such a prolonged exposure to the TENS Unit was unauthorized physical contact with the Plaintiff that was harmful.

22. That as a result, Plaintiff Bailey Vorachek, experienced severe burns.

23. That as a result, Plaintiff Bailey Vorachek, has scarring that will remain on her back for the duration of her life..

WHEREFORE, the Plaintiff, **Bailey Vorachek**, asks that judgment be entered against the Defendant, in a fair and just amount in excess of $75,000.00 and any other relied deemed just and necessary by this Court.

## COUNT II
## NEGLIGENCE

24. Plaintiff incorporates the allegations contained in paragraphs 1 through 23 as if fully set out herein.

25. That at all times relevant Edwardsville High School owed a duty of care towards Plaintiff Bailey Vorchek who was a student and athlete at Edwardsville High School.

26. That Edwardsville High School failed to meet that duty as follows:

    A) Negligently and carelessly administering a TENS Unit on Plaintiff Bailey Vorachek's back without monitoring or observing the application of the machine.

    B) Negligently and carelessly failed to use a timing device resulting in a prolonged exposure to the TENS unit.

    C) Negligently and carelessly failed to observe and monitor the application of the TENS Unit machine as well as failure to utilize a timing device which resulted in Bailey Vorachek being exposed to the effects of the machine for a prolonged period of time resulting in severe burns and scarring.

27. As a direct and proximate cause of the defendant's negligence, Plaintiff was permanently and severely injured and suffered burns, disfigurement and pain as a result. But for the failure of Edwardsville High School to monitor and observe the application of the TENS Unit, Bailey Vorachek would not have been injured.

WHEREFORE, the Plaintiff, **Bailey Vorachek**, asks that judgment be entered against the Defendant in a fair and just amount in excess of $75,000.00 and any other relied deemed just and necessary by this Court.

/S/ GREY CHATHAM JR.
GREY CHATHAM JR. 6312518
CHATHAM & BARICEVIC
107 West Main Street
Belleville, IL  62220
PHONE:  (618) 233-2200
FAX:  (618) 233-1589
greyjr@chathamlaw.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| BAILEY VORACHEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| EDWARDSVILLE COMMUNITY UNIT SCHOOL DISTRICT 7, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S ATTORNEY AFFIDAVIT
PURSUANT TO 735 ILCS 5/2-622(a)(1) & (c)**

Grey Chatham Jr. states as follows:

1. I am one of the attorneys with responsibility for this matter on behalf of the Plaintiff.

2. I have consulted and reviewed the facts of this case with health professionals whom I believe are: (i) knowledgeable in the relevant issues involved in this particular action; (ii) practice or have practiced within the last six (6) years or teach or have taught within the last six (6) years in the same area of health care of medicine that is at issue in this particular action; and (iii) are qualified by experience or demonstrated competence in the subject of this case.

3. The reviewing health professionals have determined in two written reports after review of the medical records and other relevant material involved in this particular action that there is a reasonable and meritorious cause for the filing of this action against Edwardsville Community Unit School District 7.

4. In addition, I certify that it is the opinion of the reviewing health professionals after review of the medical records and other relevant material involved in this particular action that the negligence occurred in the course of treatment of Edwardsville Community Unit School District 7 by and through its agents servants and employees. The reviewing health professionals have determined that Defendant failed to give any specific instructions for properly operating the TENS Unit or monitoring the TENS Unit to prevent burns. These acts and omission constitute a breach of the duty of a reasonable medical professional and constitute negligence.

5. I have concluded on the basis of the reviewing health professional's review and consultation that there is reasonable and meritorious cause for filing this action against Edwardsville Community Unit School District 7.

6. A copy of the written reports, clearly identifying Plaintiff and the reasons for the reviewing health professionals' determinations that a reasonable and meritorious cause exists for the filing of this case are attached.

FURTHER AFFIANT SAYETH NOT.

*Grey Chatham, Jr.*
Attorney for Plaintiff

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct, except as to matters therein stated be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Grey Chatham Jr. #6312518
Chatham & Baricevic
107 West Main Street, Suite 1
Belleville, IL 62220
greyjr@chathamlaw.org
PHONE: 618.233.2200
FAX: 618.233.1589

Certificate of Merit

November 17, 2022

Re:  Bailey Vorachek

I am a board-certified physician licensed to practice medicine in all its branches.  I have an active medical license and I practice and have practiced medicine within the previous six (6) years. I am knowledgeable concerning the areas of medicine in this particular action by experience, background, training, education and continuing medical education to comment on the issues presented by this case. I have reviewed the pertinent medical documents concerning the care and treatment of Bailey Voracheck. Based on the information reviewed and considered it is my opinion that there is a reasonable and meritorious basis for an action against employee #1 and employee #2 and any other employees – names to be determined (by and through its agents, servants and employees). On or about November 2019 Bailey Voracheck was prescribed a Tens Unit for pain control. She was allegedly not given any specific instructions for properly operating the Tens unit or monitoring the Tens Unit to prevent burns. Those deviations caused Bailey Vorachek to sustain multiple, severe third degree burns, which caused scarring.