IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BAILEY VORACHEK,

Plaintiff,

v.

EDWARDSVILLE COMMUNITY
UNIT SCHOOL DISTRICT 7,

Defendant.

Case No. 22-cv-2921 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/7/2023**          MONICA A. STUMP, Clerk of Court

                              *s/ Tina Gray, Deputy Clerk*


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**